TIMOTHY WRIGHT

*v.*

THE CITY OF CHICAGO.

APPEAL from the Superior Court of Chicago.

This was a suit in the court below, for taxes, in the city of Chicago, in which a judgment was rendered against Wright, the appellant.

Mr. DANIEL L. SHOREY, for the appellant.

Mr. M. F. TULEY, for the appellee.

Per CURIAM: All of the questions raised in this case were considered in the cases of *Dunham* v. *The City of Chicago*, 55 Ill. 357, and *Samuel J. Walker* v. *The same, ante, p.* 277, and decided adversely to appellant. The court perceiving no error in this record the judgment of the court below is affirmed.

*Judgment affirmed.*